IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,      No. C 08-01646 CW (PR)

    Petitioner,     ORDER OF TRANSFER

  v.

JAMES A. YATES, Warden,

    Respondent.
                                  /

    Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus.  He has paid the filing fee.

    Federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions."  28 U.S.C. § 2241(a).  A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a State court is properly filed in either the district of confinement or the district of conviction.  Id. § 2241(d).  Where a case is filed in the wrong venue, the district court has the discretion to transfer it to the proper federal court "in the interest of justice."  See 28 U.S.C. § 1406(a).

    Here, Petitioner challenges a conviction and sentence incurred in Sacramento County Superior Court, which is in the venue of the Eastern District of California.  See 28 U.S.C. § 84.  Accordingly, that is the proper venue for this action.

**United States District Court**
**For the Northern District of California**

1  Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
2  in the interest of justice, the Clerk of the Court is ordered to
3  TRANSFER this action forthwith to the United States District Court
4  for the Eastern District of California.

5  Petitioner has not named a Respondent in this action.  Under
6  Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section
7  2254, the proper respondent is James A. Yates, the warden at the
8  Pleasant Valley State Prison where Petitioner is incarcerated.  The
9  Court directs the Clerk of the Court to include Warden Yates as
10 Respondent in this action.

11  IT IS SO ORDERED.

12
13 Dated: 7/9/08



CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV08-01646 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Daniel Blakesley C-71831
B3-238
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Dated: July 9, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3