IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

    Petitioner,                   No. 2:08-cv-1595 JFM (HC)

    vs.

JAMES A. YATES, Warden,         ORDER

    Respondent.

_____/

       Petitioner is a state prisoner proceeding pro se pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

       Petitioner filed his petition as a letter directed to three different judges. The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

/////

1

1  Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within sixty days from the date of this order.

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Amended Petition."

4. The Clerk of the Court is directed to serve a copy of the petition, the form for habeas corpus application, and this order on Carolyn Wiggin, Assistant Federal Defender.

5. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; blak1595.110a