IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

        Petitioner,                No. 2:08-cv-1595 JFM (HC)

    vs.

JAMES A. YATES, Warden,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 4, 2008, petitioner filed, pro se, a motion for discovery, signed on July 31, 2008.  However, on July 30, 2008, the court appointed counsel for petitioner and the pro se petition was dismissed with leave to amend.  Accordingly, petitioner's pro se motion is premature and will be denied without prejudice.  Moreover, petitioner is advised that all filings must now occur through counsel.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 4, 2008 motion for discovery, filed pro se, is denied without prejudice.

DATED:  August 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; blak1595.dsc

1