IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

    Petitioner,               No. 2:08-cv-1595 JFM (HC)

    vs.

JAMES YATES, Warden,

    Respondent.           ORDER

_____/

    Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of July 30, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 22, 2008 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file an amended petition.

DATED: September 30, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001; blake1595.eot