IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

    Petitioner,        No. 2:08-cv-1595 JFM (HC)

   vs.

JAMES YATES, Warden,

    Respondent.       ORDER

_____/

    Petitioner has requested a second extension of time to file an amended petition pursuant to the court's order of July 30, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 20, 2008 request for an extension of time is granted; and

    2. Petitioner is granted until January 24, 2009 in which to file an amended petition.

DATED:  December 2, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/001; blake1595.eot2