IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

    Petitioner,          No. 2:08-cv-1595 JFM (HC)

  vs.

JAMES A. YATES, Warden,       ORDER

    Respondent.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 22, 2008 and December 29, 2008, petitioner filed two letters directed to the undersigned. Petitioner is presently represented by counsel. All filings in the instant action must be made through counsel. Accordingly, petitioner's recent filings will be placed in the court file and disregarded.

        Accordingly, IT IS HEREBY ORDERED that petitioner's December 22, 2008 and December 29, 2008 filings (docket nos. 20 & 21) shall be retained in the court file and disregarded.

DATED: January 14, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; blak1595.dsr

1