IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK DANIEL BLAKESLEY,

    Petitioner,          No. 2:08-cv-1595 JFM (HC)

    vs.

JAMES YATES, Warden,

    Respondent.          <u>ORDER</u>

    _____/

    Petitioner has requested a third extension of time to file an amended petition pursuant to the court's order of July 30, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 23, 2009 request for an extension of time (#23) is granted; and

    2. Petitioner is granted until March 25, 2009 in which to file an amended petition. GOOD CAUSE APPEARING, petitioner is given to and including March 25, 2009, in which to file an Amended Petition.

DATED: January 26, 2009.

                                                  UNITED STATES MAGISTRATE JUDGE

/001; blake1595.eot3