| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | MONICA KNOX, Bar #84555<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Petitioner |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MARK DANIEL BLAKESLEY**,  )  Case No. 2:08-cv-1595 JFM (HC)
           Petitioner,  )
      v.  )  **ORDER**
**JAMES YATES, Warden,**  )
           Respondent.  )

On March 25, 2009, petitioner filed her fourth request for extension of time. In support of her request, petitioner states that:

> This matter involves a challenge to petitioner's 1983 conviction for first-degree murder. Petitioner's claims center around his contentions that a co-defendant has admitted that he and another state witness lied about petitioner being involved in the murder but that material was not provided to petitioner and he only recently found out about it.
>
> In my previous extension requests, I set forth the extensive efforts it took to obtain all the materials in the underlying criminal case because it is 25 years old, efforts that were not completed until late December 2008. The records (from trial, direct appeal and multiple prior habeas actions) are over 3,500 pages. I have reviewed more than two-thirds of those materials. . . .

Id. at 2. Petitioner now must travel to Coalinga to discuss complex issues with petitioner in person.

/////

/////

**GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED that:

1. Petitioner's March 25, 2009 request for extension is granted;

2. Petitioner is given to and including May 24, 2009, in which to file an Amended Petition or advise the court concerning the posture of the case. Petitioner is cautioned that no further extensions of time will be granted.

Dated: March 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001;blak1595.eot4