DANIEL J. BRODERICK, Bar #89424
Federal Defender
MONICA KNOX, Bar #84555
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
monica_knox@fd.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MARK DANIEL BLAKESLEY,**       )   NO. 2: 08-cv-1595 JFM (HC)
                                 )
    Petitioner,               )
                                 )   **ORDER**
    v.                        )
                                 )
**JAMES YATES, Warden,**         )
                                 )
    Respondent.               )
_____)

GOOD CAUSE APPEARING, it is ordered that Petitioner's Status Report, herein placed in a sealed envelope, shall be maintained under seal by the Clerk of this Court and shall not be made available to respondents or to the public.

Dated: September 10, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; blak1595.sea